# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II, | : |
| | : Case No. 2:21-cv-01542 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CORELOGIC, INC., FRANK MARTELL, W. STEVE ALBRECHT, DOUGLAS C. CURLING, JOHN C. DORMAN, PAUL F. FOLINO, WENDY LANE, CLAUDIA FAN MUNCE, PAMELA H. PATENAUDE, VIKRANT RAINA, J. MICHAEL SHEPHERD, JAYNIE MILLER STUDENMUND, and HENRY W. WINSHIP, | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 3, 2021

GRABAR LAW OFFICE

By: _____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*